JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. GAWRYS,** | ) **NO. EDCV 15-258 -KS** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **JUDGMENT** |
| | ) |
| **CAROLYN W. COLVIN**, **Acting** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 8, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1